UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL, II, #414234,

    Plaintiff,

File No: 1:09-CV-796

v.

HON. ROBERT HOLMES BELL

JAMES ARMSTRONG, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 11, 2009, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff Robert Annabel, II's motion for preliminary injunction (Dkt. No. 53) be denied. (Dkt. No. 64, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. Upon review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 64) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for preliminary injunction (Dkt. No. 53) is **DENIED**.


Dated: June 9, 2010                          /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE