ROBERT ANNABEL, II, #414234,

        Plaintiff,

                                      File No. 1:09-CV-796

v.

                                        HON. ROBERT HOLMES BELL

JAMES ARMSTRONG, et al.,

        Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 21, 2011, United States Magistrate Judge Joseph G. Scoville issued a report and recommendation ("R&R") recommending that Plaintiff Robert Annabel, II's motion for a preliminary injunction (Dkt. No. 113, Mot.) be denied. (Dkt. No. 116, R&R.) Plaintiff filed objections to the R&R on April 5, 2011. (Dkt. No. 120, Objs.)

This Court is required to make a *de novo* determination of those portions of the R&R to which specific objection has been made, and may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Upon *de novo* review, the Court finds, for the reasons stated in the R&R, that Plaintiff is not entitled to the extraordinary remedy of a preliminary injunction. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's objections to the R&R (Dkt. No. 120) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the March 21, 2011, R&R (Dkt. No. 116) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for preliminary injunctive relief (Dkt. No. 113) is **DENIED**.

Dated: <u>May 5, 2011</u>                    /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE