UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL, II, #414234,

    Plaintiff,

v.

File No. 1:09-CV-796

HON. ROBERT HOLMES BELL

JAMES ARMSTRONG, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's objections to the R&R (Dkt. No. 123) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the March 30, 2011, R&R (Dkt. No. 117) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Magistrate Judge's order to stay interrogatories (Dkt. No. 115) is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (Dkt. Nos. 40, 85, 94) are **GRANTED**.

Dated: August 31, 2011        /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       UNITED STATES DISTRICT JUDGE